AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2693
Facsimile: (212) 637-2702
E-mail: brandon.cowart@usdoj.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZRA TESSEMA,

                Plaintiffs,

-against-

ENVIRONMENTAL PROTECTION
AGENCY,

                Defendant.

No. 20 CV 9700 (MKV)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Defendant United States Environmental Protection Agency's Motion to Dismiss the Complaint; (2) copies of all unpublished decisions cited therein; (3) the Declaration of Kenneth A. Redden, dated December 30, 2020; and (4) Notice to *Pro Se* Litigant Pursuant to Local Civil Rule 12.1, Defendant will move this Court for dismissal of the above-captioned complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: New York, New York
December 30, 2020

        AUDREY STRAUSS
        Acting United States Attorney for the
        Southern District of New York
          *Attorney for Defendant*

By: /s/ Brandon H. Cowart
     BRANDON H. COWART
     Assistant United States Attorney
     86 Chambers Street, Third Floor
     New York, New York 10007
     Telephone:  (212) 637-2693
     Facsimile:  (212) 637-2686
     Email:  brandon.cowart@usdoj.gov

---

Defendant's Motion to Dismiss Plaintiff's Complaint is DENIED for failure to comply with the Court's Individual Rules of Practice in Civil Cases, which are available online at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.  This is done without prejudice to any future motion made in accordance with the procedures outlined in the Court's Individual Rules.  Defendant shall answer or otherwise respond to the Complaint—*i.e.*, file a pre-motion letter (*see* Individual Rules of Practice in Civil Cases ¶ 4.A.i.)—on or before January 8, 2021.

The Clerk of Court is respectfully requested to close docket entry number 8 and mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED.

Date: 12/30/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge