**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EZRA TESSEMA,

                          Plaintiff,

      -against-                                          20 **CIVIL** 9700 (MKV)

                                                                   **JUDGMENT**

ENVIRONMENTAL PROTECTION AGENCY,

                          Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 29, 2021, Defendant's motion to dismiss is GRANTED and Plaintiff's motion for a protective order is DENIED as moot. Plaintiff's Complaint is DISMISSED WITH PREJUDICE; accordingly, this case is closed.

**Dated:** New York, New York

        June 29, 2021

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                      BY:

                                                                     **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2021