UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EZRA TESSEMA,

                       Plaintiff,

      -against-                                            20 **CIVIL** 9700 (MKV)

                                                              **AMENDED JUDGMENT**

ENVIRONMENTAL PROTECTION AGENCY,

                       Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2022, the Court dismissed with prejudice Plaintiff's Complaint for lack of subject matter jurisdiction on June 29, 2021. [ECF Nos. 31, 32]. Plaintiff timely appealed. [ECF No. 34]. On February 8, 2022, the Second Circuit dismissed the appeal. [ECF No. 38]. However, because this Court dismissed Plaintiff's claims under the Federal Tort Claims Act for lack of subject matter jurisdiction, dismissal of his claims should have been without prejudice. [ECF No. 38]. As such, the Second Circuit remanded for the Court to modify the judgment to reflect that the dismissal of Plaintiff's complaint is without prejudice. [ECF No. 38]. Therefore, the dismissal of Plaintiff's Complaint is without prejudice.

**Dated:** New York, New York

         February 8, 2022

                                                          **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                           **BY:**

                                                            **Deputy Clerk**